UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-CR-44 |
| v. ) | |
| ) | JUDGE COLLIER |
| LHONA CHARISA FRAZIER ) | MAGISTRATE JUDGE CARTER |

REPORT AND RECOMMENDATION

An April 26, 2013, letter from the Warden of the Federal Bureau of Prisons, Federal Medical Center at Carswell and a Forensic Evaluation of defendant were received by the undersigned Magistrate Judge. It is the opinion of the examiner that defendant is currently competent to stand trial, and that she is currently able to understand the nature and consequences of the proceedings against her, and is able to properly assist in her defense.

A waiver of Competency Hearing signed by defendant and submitted by Atty. Hannah Stokes was filed on May 30, 2013 (Doc. 54). The Court therefore RECOMMENDS on the basis of the waiver and the evaluation that defendant be found competent to stand trial.[1]

S/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE

---

[1] Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 59(b)(2) of the Federal Rules of Criminal Procedure. Failure to file objections within the time specified waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 88 L.Ed.2d 435, 106 S.Ct. 466 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive or general. *Mira v. Marshall*, 806 F.2d 636 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Federation of Teachers*, 829 F.2d 1370 (6th Cir. 1987).